No. 632. Triumph Explosives, Inc. *v.* Giusti. December 9, 1946. Petition for writ of certiorari to the Cir-

788

cuit Court of Appeals for the Ninth Circuit denied. *Harold C. Faulkner* for petitioner. *Chellis M. Carpenter* for respondent.